GISIN (FLORENCE), by guardian *ad litem,* Respondent, vs. GILLIS, Appellant.

For the appellant: *Powell & Sprowls* of Superior.
For the respondent: *Curran & Sher* of Superior.

*By the Court.*—Judgment affirmed.

GORDON LUMBER & SUPPLY COMPANY, Plaintiff and Respondent, vs. NEERGAARD and another, Appellants, GORDON and others, Defendants and Respondents.

For the appellants: *Joseph L. Gottschlich,* attorney, and *Robert V. Zens* of counsel, both of Kenosha.

For the respondent Gordon Lumber & Supply Company: *Judson W. Staplekamp* of Kenosha.

*By the Court.*—Judgments affirmed.

ABENDSCHEIN, Respondent, vs. NIENSTEDT, Appellant.

For the appellant: *Hougen & Brady* of Manitowoc.

For the respondent: *A. McComb* of Green Bay, attorney, and *Leo Bruemmer* of Kewaunee of counsel.

For the Northwestern Loan and Trust Company, administrator: *Allan V. Classon* of Oconto.

*By the Court.*—Judgment affirmed.